LINDA CLAXTON, State Bar No. 125729
linda.claxton@ogletreedeakins.com
LESLIE E. WALLIS, State Bar No. 128435
leslie.wallis@ogletreedeakins.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
633 West Fifth Street, 53rd Floor
Los Angeles, California 90071
Telephone:  (213) 239-9800
Facsimile:   (213) 239-9045
Attorneys for Defendant
ADT SECURITY SERVICES, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MILFORD,<br><br>        Plaintiff,<br><br>  v.<br><br>ADT SECURITY SERVICES, INC., a Delaware corporation; and DOES 1 through 50 inclusive,<br><br>        Defendants. | Case No. CV 08-2236 DSF (VBKx)<br><br>PROTECTIVE ORDER<br><br>Trial Date: May 26, 2009 |

**GOOD CAUSE APPEARING,** to protect the legitimately designated confidential business, employee and privacy protected information to be produced in this action from public disclosure;

The Stipulated Protective Order entered into by the parties on September 30 and October 8, 2008 and filed October 10, 2008, is approved.

**IT IS SO ORDERED**:

Dated:   October 15, 2008                    _____/s/_____
                                                               Hon. Victor B. Kenton
                                                               Central District of California